1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   ULISES OROZCO,                             No.  2:13-cv-1840-EFB P

12              Petitioner,

13        v.                                    ORDER

14   UNKNOWN,

15              Respondent.

16

17        Ulises Orozco, a state prisoner without counsel, seeks an extension of time to file a writ of

18   habeas corpus.  *See* 28 U.S.C. § 2254.  It appears from his initial filing and the exhibit attached

19   thereto that he wishes to challenges a conviction of second degree murder from the Fresno

20   County Superior Court.  Therefore, this action should have been commenced in the district court

21   in Fresno.  E.D. Cal. Local Rule 120(d).

22        Accordingly, it is hereby ordered that:

23        1. This action is transferred to the district court in Fresno.  *See* E.D. Cal. Local Rule

24   120(f).

25        2. The Clerk of Court shall assign a new case number.

26   /////

27   /////

28   /////

1

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: October 7, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE